# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DENISE E. HUDDLESTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. CIV-13-119-SPS |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of the Social** ) | |
| **Security Administration,**[1] ) | |
| ) | |
| **Defendant.** ) | |

## OPINION AND ORDER

The claimant Denise E. Huddleston sought judicial review of the decision by the Commissioner of the Social Security Administration ("Commissioner") denying benefits pursuant to 42 U.S.C. § 405(g).  The claimant argued, *inter alia*, that the Administrative Law Judge ("ALJ") erred by failing to properly analyze the opinion of consultative examiner Dr. Subramaniam Krishnamurthi, M.D.

After the claimant filed his appellate brief, the Commissioner moved to remand the case to the ALJ for a proper analysis of Dr. Krishnamurthi's opinions.  The claimant has no objection to the Defendant's Unopposed Motion to Reverse and Remand and Memorandum in Support [Docket No. 18], so the motion is therefore GRANTED.

Accordingly, the Court finds that the decision of the Commissioner is unsupported by substantial evidence, and it is therefore REVERSED pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The case is hereby REMANDED to the ALJ for a proper analysis of

---

[1] On February 14, 2013, Carolyn Colvin became the Acting Commissioner of Social Security.  In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

the opinions of Dr. Subramaniam Krishnamurthi, M.D. The claimant is the prevailing party in this action and the Court will therefore render a separate judgment in his favor pursuant to Fed. R. Civ. P. 58(b)(2)(B).

**DATED** this 3rd day of January, 2014.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma